Robert C. Hubbs, Esq. (SBN 145641)
E. Denise Schissler, Esq. (SBN 193757)
KNEISLER, SCHONDEL & HUBBS
538 Mendocino Avenue
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone: (707) 542-5132
Facsimile: (707) 547-2212

Attorneys for Plaintiffs
KAY KNEISLER and ROSS WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAY KNEISLER, et al.,

    Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY, etc., et al.

    Defendant.

Case No. C 07-02080 EDL

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF PLAINTIFFS KAY KNEISLER AND ROSS WILLIAMS

UNLIMITED CIVIL

## STIPULATION

Plaintiffs KAY KNEISLER and ROSS WILLIAMS, acting through their counsel of record, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that these plaintiffs' claims may be DISMISSED WITH PREJUDICE, each side to bear their own costs and attorneys' fees.

DATED: August 28, 2007

KNEISLER, SCHONDEL & HUBBS

By _____
E. DENISE SCHISSLER
Attorneys for Plaintiffs

DATED: August 29, 2007

LEWIS, BRISBOIS, BISGAARD & SMITH

By _____
JULIAN J. PARDINI
Attorneys for Defendant

Stipulation and [Proposed] Order
Re Dismissal of Plaintiffs, U.S.D.C., N.D. Cal., No. C 07-02080 EDL

1

1

ORDER

2   On the stipulation of the parties, and good cause appearing therefor,

3   IT IS SO ORDERD.

4

5   October 18, 2007



UNITED STATES DISTRICT JUDGE
Judge Elizabeth D. Laporte

Stipulation and [Proposed] Order
Re Dismissal of Plaintiffs, U.S.D.C., N.D. Cal., No. C 07-02080 EDL

2